IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MCCORMICK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-227 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On July 13, 2012, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On May 3, 2013, the Magistrate Judge issued a Report (Doc. 13) recommending that Plaintiff's Motion for Summary Judgment (Doc. 7) be denied, and that Defendant's Motion for Summary Judgment (Doc. 11) be granted. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Plaintiff's Motion for Summary Judgment (**Doc.** 7) is **DENIED**, and Defendant's Motion for Summary Judgment (**Doc. 11**) is **GRANTED**. The Report and Recommendation of Magistrate Judge Kelly dated May 3, 2013 is hereby adopted as the opinion of the District Court.

2

IT IS SO ORDERED.


May 21, 2013                                              s\Cathy Bissoon
                                                          Cathy Bissoon
                                                          United States District Judge

cc (via ECF email notification):

All Counsel of Record